983 So.2d 1278 (2008)
Peterson M. YOKUM, Nicholas H.K. Yokum, and Kenneth Van Calsem
v.
William F. VAN CALSEM, IV, Amy Van Calsem, Wife of and Bill W. Wendel.
No. 2008-C-0902.
Supreme Court of Louisiana.
June 20, 2008.
In re van Calsem, William F. IV et al.;  Defendant; Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. N, No. 2004-15023; to the Court of Appeal, Fourth Circuit, No(s). 2007-CA-0676, 2007-C-0270.
Denied.